E. LYNN SCHOENMANN, Trustee
800 Powell St
San Francisco CA 94108-2006

Telephone: (415) 362-0415
Fax:       (415) 362-0416
Email:     lschoenmann@earthlink.net

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:                              ) Case No. 08-31965 STC
                                    )
NGUYEN, DUC D                       ) NOTICE OF UNCLAIMED DIVIDENDS
                                    )
            Debtor(s)               )
                                    )

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3010, the trustee in the above captioned case hereby turns over to the court, an unclaimed dividend in the amount of $157.82. The name and address of the claimant entitled to the unclaimed dividend is as follows:

| Claim No. | Name & Address of Claimant | Amount | |
|---|---|---|---|
| 2 | CITIBANK (SOUTH DAKOTA) NA<br>1000 TECHNOLOGY DR MS 504<br>O'FALLON MO 63304 | $157.82 | (CK#3006) |
| TOTAL UNCLAIMED FUNDS | | $157.82 | (CK#3015) |

DATED:   June 8, 2010            BY: _____
                                     E. LYNN SCHOENMANN
                                     TRUSTEE

- 1 -